# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| VINCENT DIBENEDETTO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　- against -<br><br>HARD ROCK CAFÉ INTERNATIONAL (USA), INC.<br><br>　　　　　　Defendant | 1:24-cv-04541-KMW-MJS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:　October 25, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Fleetwood Legal PC
　　　　　　　　　　　　　　　　　　　　/s/ Graham Fleetwood
　　　　　　　　　　　　　　　　　　　　Graham Fleetwood
　　　　　　　　　　　　　　　　　　　　fleetwoodlegal@gmail.com
　　　　　　　　　　　　　　　　　　　　97 Newkirk St Ste 232
　　　　　　　　　　　　　　　　　　　　Jersey City NJ 07306
　　　　　　　　　　　　　　　　　　　　Tel: (917) 445-1593

## Certificate of Service

I certify that on October 25, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Graham Fleetwood

2